Stefan Louis Coleman (law@stefancoleman.com)
Law Offices of Stefan L. Coleman
1072 Madison Ave, Suite 1
Lakewood, New Jersey 08701
Telephone: 877-333-9427

Rafey S. Balabanian (*Pro Hac Vice*)
rbalabanian@edelson.com
Eve-Lynn J. Rapp (*Pro Hac Vice*)
erapp@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL DOBKIN, *individually and on behalf of all others similarly situated,*<br>　　　　*Plaintiff,*<br>　　v.<br>NRG RESIDENTIAL SOLAR SOLUTIONS LLC,<br>　　　　*Defendant.* | Case No. 3:15-cv-05089<br><br>Hon. Brian R. Martinotti, U.S.D.J.<br>Hon. Lois H. Goodman, U.S.M.J. |
| ERICA GENNARINI, *individually and on behalf of all others similarly situated,*<br>　　　　*Plaintiff,*<br>　　v.<br>NRG RESIDENTIAL SOLAR SOLUTIONS LLC,<br>　　　　*Defendant.* | [~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO STAY |

**THIS MATTER** having come before the Court by way of The Parties' Joint Motion to Stay (the "Joint Motion") (Dkt. 78), the Court having considered that request, and good cause having been shown,

**IT IS HEREBY ORDERED** that the Parties' Joint Motion is GRANTED; and

**IT IS FURTHER ORDERED** that the case is hereby stayed to allow for the Court's consideration of the Parties' classwide settlement, and

IT IS FURTHER ORDERED a motion for preliminary approval of the class action settlement shall be filed by September 29, 2017, returnable November 6, 2017.

Date: August 11, 2017

_____
HONORABLE LOIS H. GOODMAN
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

s/ Eve-Lynn J. Rapp
*One of Plaintiffs' Attorneys*