Stefan Louis Coleman
law@stefancoleman.com
Law Offices of Stefan L. Coleman
1072 Madison Ave, Suite 1
Lakewood, New Jersey 08701
Telephone: 877-333-9427

Rafey S. Balabanian (*pro hac vice*)
rbalabanian@edelson.com
Eve-Lynn J. Rapp (*pro hac vice*)
erapp@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107

*Attorneys for Plaintiff*

RECEIVED

APR 25 2018

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY, TRENTON DIVISION

| | |
|---|---|
| MICHAEL DOBKIN, individually and on behalf of all others similarly situated, | Case No. 3:15-cv-05089 |
| *Plaintiff*, | Hon. Brian R. Martinotti, USDJ |
| | Hon. Lois H. Goodman, USMJ |
| v. | [PROPOSED] **ORDER GRANTING PLAINTIFF'S MOTION TO FILE OVER-LENGTH MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |
| NRG RESIDENTIAL SOLAR SOLUTIONS LLC, a Delaware limited liability company, | |
| *Defendant*. | |

~~**THIS MATTER** having come before the Court by way of Motion for and Memorandum in Support of Final Approval of Class Action Settlement (the "Final Approval Motion") (Dkt. 96), the Court having considered that request, and good cause having been shown,~~

**IT IS HEREBY ORDERED** that Plaintiff's Motion is GRANTED; and [Dkt. 92]

**IT IS FURTHER ORDERED** that Plaintiff may file his oversized Final Approval Motion of approximately forty-nine (49) pages of substance [Dkt. 97] .

Date: April 25th, 2018

_____
HONORABLE BRIAN R. MARTINOTTI
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

s/ Stefan L. Coleman
*One of Plaintiff's Attorneys*